# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-565
Lower Tribunal No. 19-CF-16417

———————————————

MATTHEW GRIDLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Lee County.
J. Frank Porter, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and MIZE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Clayton R. Kaeiser, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED